# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHAD GARLAND,** | ) |
| Salzstr. 4 | ) |
| 67657 Kaiserslautern | ) |
| Germany | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. DEPARTMENT OF DEFENSE,** | ) |
| 1155 Defense Pentagon | ) |
| Washington, D.C. 20301 | ) |
| | ) |
| **U.S. CENTRAL COMMAND,** | ) |
| 7115 South Boundary Boulevard | ) |
| MacDill AFB, FL 33621-5101 | ) |
| | ) |
| **U.S. DEPARTMENT OF THE NAVY,** | ) |
| 1000 Navy Pentagon | ) |
| Washington, D.C. 20350 | ) |
| | ) |
| **U.S. MARINE CORPS,** | ) |
| 3000 Marine Corps Pentagon Rm 2B289 | ) |
| Washington, D.C. 20350 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.     Plaintiff, CHAD GARLAND, files this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF DEFENSE ("DOD"), U.S. CENTRAL COMMAND ("CENTCOM"), U.S. DEPARTMENT OF THE NAVY ("DON"), and U.S. MARINE CORPS ("USMC") to process and produce records responsive to GARLAND's FOIA requests. Defendants improperly claim that they cannot process GARLAND's FOIA requests because of his employment status with *Stars & Stripes*.

## PARTIES

2.      Plaintiff CHAD GARLAND is a member of the media and made the FOIA requests at issue in this case.

3.      Defendant DEPARTMENT OF DEFENSE ("DOD") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.      Defendant U.S CENTRAL COMMAND ("CENTCOM") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOD is the parent agency of CENTCOM.

5.      Defendant U.S. DEPARTMENT OF THE NAVY ("DON") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOD is the parent agency of DON.

6.      Defendant U.S. MARINE CORPS ("USMC") is a federal agency, a component of DON, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

7.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

8.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## EIGHT FOIA REQUESTS TO CENTCOM

### A. August 6, 2020 FOIA Request regarding IS-K in Nangarhar Province

9.      On August 6, 2020, GARLAND submitted a FOIA request for "[a]ny and all releasable records regarding U.S. assistance to the Taliban since January 1, 2015, including any reports, correspondence, or documentation about the cooperation of Taliban forces with U.S. forces in Nangarhar province against the Islamic State-Khorasan province, or IS-K."  Exhibit 1.

10.     GARLAND requested a fee waiver. GARLAND stated that he is requesting the records for "news gathering purposes, and not for commercial use" and asked to be considered as a "news media requester" under the FOIA for the purpose of assessing fees.  *Id.*

11.     CENTCOM assigned reference number 20-0922 to the matter.

12.     On September 30, 2020, CENTCOM denied the request in its entirety by stating that GARLAND's request does not "constitute a proper FOIA request."  CENTCOM asserted, "Stars and Stripes is a component of the Defense Media Activity, and as such, its personnel, as representatives of a Federal agency, do not qualify as requesters under the FOIA."  Exhibit 2.

**B. August 25, 2020 FOIA Requests regarding the HOSTILE Incidents**

13.     On August 25, 2020, GARLAND submitted five separate FOIA requests for "documents, database records, data, meta-data, and imagery" including but not limited to "reports of investigation, explosives exploitation cell reports, Significant Activity (SIGACT) reports, event story boards, after-action reports ("AARs"), weapons intelligence cell reports and lessons learned reports" related to several HOSTILE incidents in Afghanistan from on or about January 5, 2016 to on or about January 11, 2020, that resulted in the death of Sgt. Joshua P. Rodgers, Sgt. Cameron H. Thomas, Sgt. 1st Class Mihail Golin, Pfc. Miguel Villalon, Staff Sgt. Ian P. McLaughlin, Staff Sgt. Forrest B. Sibley, Cpt. Matthew D. Roland, and Staff Sgt. Matthew Q. McClintock.  Group Exhibit 3.

14.     In all five requests, GARLAND indicated that he seeks the records as a "U.S. citizen, private party, and representative of the news media."  *Id.*

15.     GARLAND stated that he is requesting the records for "news gathering purposes, and not for commercial use" and asked to be considered as a "news media requester" under the FOIA for the purpose of assessing fees.  *Id.*

16.     CENTCOM assigned the following reference numbers for each request: 20-0931 for SGT Josh P. Rodgers and Sgt. Cameron H. Thomas; 20-0932 for SFC Mihail Golin; 20-0933 for PFC Miguel A. Villalon and SSG Ian P. McLaughlin; 20-0934 for SSG Forrest B. Sibley and CPT Matthew D. Roland; and 20-0935 for SSG Matthew Q. McClintock.

17.     On September 30, 2020, CENTCOM denied all five requests in their entirety by stating that GARLAND's requests do not "constitute a proper FOIA request."  In each denial letter, CENTCOM asserted, "Stars and Stripes is a component of the Defense Media Activity, and as such, its personnel, as representatives of a Federal agency, do not qualify as requesters under the FOIA."  Group Exhibit 4.

*C. August 25, 2020 FOIA Request regarding Stars and Stripes Newspaper*

18.     On August 25, 2020, GARLAND submitted a FOIA request to CENTCOM for "[r]ecords and communications created, sent or received by officials with U.S. Forces-Afghanistan public affairs office/press office and headquarters/command staff pertaining to the Stars and Stripes newspaper or the internet domain stripes.com from the period Jan. 1, 2017[,] to the date a search is conducted pursuant to this request."  GARLAND specified that his request includes "correspondence (electronic or otherwise), documents, presentation slides, recordings, multimedia files, notes, memoranda and directives."  Exhibit 5.

19.     GARLAND indicated that he seeks the records as a "U.S. citizen, private party, and representative of the news media."  *Id.*

20.     GARLAND stated that he is requesting the records for "news gathering purposes, and not for commercial use" and asked to be considered as a "news media requester" under the FOIA for the purpose of assessing fees.  *Id.*

21.     On August 26, 2020, CENTCOM asked GARLAND to "narrow the scope" of the request and include "specific terms" that he would like CENTCOM to search.  *Id.*

22.     On August 26, 2020, GARLAND limited the request by excluding records sent to anyone who uses @stripes.com domain.  He further limited the scope of the request to "records sent by COL David M. Butler, COL Sonny Leggett, Eric Pahon, CAPT Thomas R. Gresback, LTC Martin L. O'Donnell, SFC Debra Richardson, CDR Robert S. Thoms, MAJ Tony Mayne, LT Robert Page and LT Aubrey Page, to include email attachments."  He also provided the following search terms: "Stars and Stripes", "Stars & Stripes", "S&S", "Stripes", "Stripes.com", "JP Lawrence", "J.P.", "JP", "Lawrence", "Phillip Wellman", "Philip Wellman", "Phil Wellman", "Wellman", "Phillip", "Philip", "Chad Garland", "Chad", "Garland", "Liza Boyd", "EB Boyd", "Liza", "EB", "Boyd", "Erik Slavin" or "Slavin".  *Id.*

23.     CENTCOM assigned 20-0936 to the matter.

24.     On September 30, 2020, CENTCOM denied the request in its entirety by stating that GARLAND's request does not "constitute a proper FOIA request."  CENTCOM asserted, "Stars and Stripes is a component of the Defense Media Activity, and as such, its personnel, as representatives of a Federal agency, do not qualify as requesters under the FOIA."  Exhibit 6.

**D. Further Correspondence and Appeal of the Seven FOIA Requests**

25.     On October 12, 2020, GARLAND followed up with CENTCOM and clarified that he did not make the seven FOIA requests as a "representative of a federal agency" or on behalf of any federal government entity or its components.  GARLAND reiterated that he made all requests in his "own personal capacity" by using his personal email address and on his personal time. Exhibit 7.

26.     On October 15, 2020, CENTCOM repeated that the requests "do not constitute proper FOIA requests, as federal agencies may not submit FOIA requests to other federal agencies." Exhibit 8.

27.     CENTCOM also stated, "Stars and Stripes is a component of Defense Media Activity, and as such, its personnel, as representatives of a Federal agency, do not qualify as requesters under the FOIA." *Id.*

28.     On November 30, 2020, GARLAND appealed the denials of seven FOIA requests. Exhibit 9.

29.     On April 19, 2021, CENTCOM affirmed CENTCOM's decision on the seven FOIA requests. Exhibit 10.

***E. June 23, 2021 FOIA Request regarding the Death of Sgt. 1st Class Christopher Andrew Celiz***

30.     On June 23, 2021, GARLAND submitted a request for "copies of documents, database records, data, meta-data, and imagery pertaining to the HOSTILE incident in Afghanistan on or about July 12, 2018, involving the death of Sgt. 1st Class Christopher Andrew Celiz, age 32, of Summerville, S.C." GARLAND specified that the request "includes, but is not limited to, reports of investigation or inquiry, explosives exploitation cell reports, Significant Activity ('SIGACT') reports, event storyboards, after-action reports ('AARs'), weapons intelligence cell reports and lessons learned reports." Exhibit 11.

31.     GARLAND stated that he seeks the records as an "individual" for non-commercial purposes. He did not seek a fee waiver. He also did not ask to be treated as a news media requester under the FOIA. *Id.*

32.     CENTCOM assigned 21-0335 to the matter.

33.     On August 19, 2021, CENTCOM denied the request by closing it.  CENTCOM stated that GARLAND "may not file a FOIA request in [his] capacity as a Stars and Stripes reporter and DoD employee" and "as a representative of the news media outside [his] capacity as a Stars and Stripes Reporter."  Exhibit 12.

34.     On November 8, 2021, GARLAND appealed the denial.  In his appeal, he reiterated that he sought the records as a private citizen and in his personal capacity.  Exhibit 13.

35.     On November 9, 2021, CENTCOM acknowledged receipt of the appeal and assigned reference number 22-AC-0008-A1 to the matter.  Exhibit 14.

36.     CENTCOM never issued its response to the November 8, 2021 appeal (22-AC-0008-A1).  The deadline for CENTCOM's appeal determination was December 9, 2021.

37.     As of the date of this filing, CENTCOM has produced no records responsive to the requests and has not complied with FOIA.

**FOUR FOIA REQUESTS TO USMC**

*A. FOIA Requests Submitted between August 14, 2020, and December 9, 2020*

38.     GARLAND, through FOIAOnline ("Online Portal"), submitted the following three FOIA requests to USMC between August 14, 2020 and December 9, 2020:

      a.   DON-USMC-2020-011217: Submitted on August 14, 2020, the first request sought "Statements of Award (SOA), citations, certificates and/or accompanying narrative statements for all Purple Heart Medals awarded since December 31, 2014."  Exhibit 15.

      b.   DON-USMC-2020-011524: Submitted on August 26, 2020, the second request sought "Statements of Award (SOA), citations, certificates and/or

accompanying narrative statements for all Silver Star Medals awarded since December 31, 2014." Exhibit 16.

    c.   DON-USMC-2021-001819: Submitted on December 9, 2020, the third request sought "[r]ecords of investigation completed during the period 1 January 2019 to 13 May 2020 and involving allegations against Marine Corps Brig. Gen. Austin E. Renforth for sexual assault or harassment while serving in Iraq." Exhibit 17.

39.      On December 22, 2020, USMC issued a single determination letter[1] and denied the requests in their entirety by stating that it has "no alternative but to close these requests and to take no further action" because GARLAND is an employee of the Stars and Stripes, which is "an organization within the Department of Defense," and "its employees do not qualify as requesters under the FOIA." Exhibit 18.

40.      In separate appeal letters on January 18, 2021, February 12, 2021 and February 25, 2021, GARLAND appealed the denial. In his appeals, GARLAND reiterated that he made the FOIA requests as a private citizen and in his personal capacity. Group Exhibit 19.

41.      On April 28, 2021, DON affirmed the denials. DON repeated that "a federal agency, or a representative of a federal agency, may not submit a FOIA request to a federal agency." Exhibit 20.

**B. June 23, 2020 FOIA Request regarding Major General Stephen M. Neary**

42.      On June 23, 2021, GARLAND submitted a FOIA request to USMC for "copies of the reports of investigations pertaining to actual or alleged misconduct involving Major General Stephen M. Neary completed during the period June 1, 2020, to the date this request is processed."

---

[1] The determination letter includes four FOIA requests; of those four requests, only three are at issue in this case.

GARLAND specified that his request includes "exhibits and attachment to any responsive records." Exhibit 21.

43.     USMC assigned reference number DON-USMC-2021-007966 to the matter.

44.     On August 3, 2021, USMC denied the request by referring to the April 28, 2021 appeal response.  In addition, USMC stated that GARLAND "may not file a FOIA request as a Stars and Stripes reporter and DoD employee" per "Department of Defense Directive 5122.11, paragraph E6.3.2.2."  Exhibit 22.

45.     On November 3, 2021, GARLAND appealed the denial.  Exhibit 23.

46.     DON assigned reference number DON-NAVY-2022-001227 to the appeal.

47.     On December 29, 2021, DON affirmed its denial.  DON repeated that "a federal agency, or a representative of a federal agency, may not submit a FOIA request to a federal agency."  Exhibit 24.

48.     As of the date of this filing, USMC has produced no records responsive to the requests and has not complied with FOIA.

## THREE FOIA REQUESTS TO DOD

49.     GARLAND submitted the following three FOIA requests to DOD Office of the Secretary ("DODOS") between April 2021 and July 2021:

    a.  21-F-0883: Submitted on April 21, 2021, this request sought "[n]otes and correspondence pertaining to the processing or coordination on my FOIA requests identified by tracking numbers 20-F-1504, 20-F-1530, 20-F-1531, AND J-21-00009, all filed since May 1, 2020."  The date range for record search is from May 1, 2020, to April 21, 2020.  GARLAND stated that he seeks the records as an individual in his private capacity for "news gathering

purposes, and not for commercial use" and asked to be considered as a "news media requester" under the FOIA for the purpose of assessing fees. Exhibit 25.

b. 21-F-1177: Submitted on June 23, 2021, this request sought "a copy of DoD Directive 5122.5 'Assistant to the Secretary of Defense for Public Affairs,' dated December 2, 1993." GARLAND also requested "any prior versions of that issuance dating back" to January 1, 1988." GARLAND stated that he seeks the records as an individual in his private capacity and did not ask to be categorized as a media requester. Exhibit 26.

c. 21-F-1225: Submitted on July 1, 2021, this request sought "[p]ublic and agency comments received in response to the proposed amendment to 32 CFR Part 286 that was published on p.71,847 et. seq. of the Federal Register, Vol. 72, No. 243, Wednesday, December 19, 2007, with what I believe is the docket number DOD-2007-OS-0086;0790-AI24." GARLAND stated that he seeks the records as an individual in his private capacity and did not ask to be categorized as a media requester. Exhibit 27.

50.    On April 23, 2021, DODOS denied 21-F-0883 in its entirety. DODOS stated that "a federal agency, or a representative of a federal agency, may not submit a FOIA request to a federal agency." DODOS claimed that "Stars and Stripes (S&S) is a component of the Defense Media Activity, and as such is a federal agency." Exhibit 28.

51.    DODOS added, "[a]n S&S employee may only submit a DoD FOIA request if (a) it is filed in his or her individual capacity, not on behalf of S&S; and (b) the requester demonstrates that he or she has obtained prior approval from S&S to engage in outside journalistic employment,

as required by DoDD 5500.7.  The requester may file such individual requests as a representative

of the news media, so long as the aforementioned approval has been demonstrated, and the request

is not made in the requester's capacity as an S&S employee." *Id.*

52.     On June 25, 2021, DODOS denied 21-F-1177 in its entirety under the same reasons

that were articulated in the April 23, 2021 determination letter.  Exhibit 29.

53.     On July 2, 2021, DODOS denied 21-F-1225 in its entirety under the same reasons

that were articulated in the April 23, 2021 and June 25, 2021 determination letters.  Exhibit 30.

54.     On July 5, 2021, GARLAND appealed the denial of 21-F-1177.  DODOS assigned

reference number 21-A-1177-A1 to the matter.  Exhibit 31.

55.     On July 5, 2021, GARLAND appealed the denial of 21-F-1225.  DODOS assigned

reference number 21-A-1225-A1 to the matter.  Exhibit 32.

56.     On July 22, 2021, GARLAND appealed the denial of 21-F-0883.  DODOS assigned

reference number 21-A-0883-A1 to the matter.  Exhibit 33.

57.     On September 21, 2021, DODOS affirmed its decision on 21-F-1177 and 21-F-

1225.  Group Exhibit 34.

58.     In both letters, DODOS stated that "as an employee of *Stars and Stripes,* you may

be required to obtain prior approval from *Stars and Stripes* before engaging in any outside

journalistic employment <u>or activity,</u> to avoid any conflict of interest with your DoD employment."

*Id.* (Emphasis in original).

59.     In both letters, DODOS stated that GARLAND's FOIA requests did not constitute

a "proper FOIA request" because he has "not demonstrated prior approval for outside journalistic

employment or activity by *Stars and Stripes*."  *Id.*

60.     DOD never issued its response to the July 22, 2021 appeal (21-A-0883-A1). DODOS's deadline to issue the appeal determination was August 20, 2021.

61.     As of the date of this filing, DOD and its component (DODOS) have produced no records responsive to the requests and have not complied with FOIA.

## COUNTS I – VIII: FOIA REQUESTS TO CENTCOM

62.     The above paragraphs are incorporated herein.

63.     The requests seek the disclosure of agency records and were properly made.

64.     CENTCOM is a federal agency and subject to FOIA.

65.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

66.     CENTCOM has produced no records responsive to the request and has not complied with FOIA.

## COUNTS IX – XII: FOIA REQUESTS TO USMC

67.     The above paragraphs are incorporated herein.

68.     The requests seek the disclosure of agency records and were properly made.

69.     USMC and DON are federal agencies and subject to FOIA.

70.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

71.     USMC and DON have produced no records responsive to the request and have not complied with FOIA.

## COUNTS XIII – XV: FOIA REQUESTS TO DOD

72.     The above paragraphs are incorporated herein.

73.     The requests seek the disclosure of agency records and were properly made.

74.     DOD and its component are federal agencies and subject to FOIA.

75.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

76.     DOD and its component have produced no records responsive to the request and have not complied with FOIA.

**WHEREFORE,** GARLAND asks the Court to:

i.     declare that Defendants have violated FOIA;

ii.     order Defendants to re-open the FOIA requests included in this Complaint and process them;

iii.     order Defendants to conduct a reasonable search for records responsive to the requests;

iv.     order Defendants to produce all non-exempt requested records or portions of records promptly;

v.     enjoin Defendants from withholding non-exempt public records under FOIA;

vi.     award GARLAND attorneys' fees and costs; and

vii.     award such other relief the Court considers appropriate.

Dated: January 13, 2022

Respectfully Submitted,
*/s/ Shelley Geiszler*

Attorneys for Plaintiff,
CHAD GARLAND

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler D.C. Bar No. IL0087
*(E-Mail:  foia@loevy.com)*
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902