AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Chad Garland | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-00096 |
| US Department of Defense, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Chad Garland                                                                                   .

Date:   01/13/2022

/s/ Shelley Geiszler
*Attorney's signature*

Shelley Geiszler, Bar No. IL0087
*Printed name and bar number*

Loevy & Loevy
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607
*Address*

geiszler@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*