IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHAD GARLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00096-CRC |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule in response to the Court's April 6, 2022 Minute Order.

1. Plaintiff filed the above-captioned lawsuit against the U.S. Department of Defense ("DOD"), the U.S. Central Command ("Centcom"), the U.S. Department of the Navy ("Navy") and the U.S. Marine Corps ("Marines") (collectively "Defendants") on January 13, 2022, seeking records related to fifteen (15) separate requests submitted to Defendants under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  ECF No. 1, Complaint.

2. Defendant answered the complaint on April 6, 2022.  ECF No. 12, Answer.

3. The parties have conferred and agree that Defendants will process the FOIA requests identified in the complaint, notwithstanding Plaintiff's employment status with *Stars & Stripes*.  Defendants have asked Plaintiff to clarify the subject matter of one of his requests, identified in the complaint as DON-USMC-2020-011217.  *See* Compl. ¶ 38(a); Answer ¶ 38(a). For the remaining fourteen requests, Defendants are in the process of gathering potentially responsive records for review and processing.  Once Defendants have finished gathering the potentially responsive material, Defendants anticipate reviewing that material for responsiveness and producing any non-exempt responsive records on a rolling basis.  Defendants anticipate that

some of the pages of potentially responsive material may require consultations with other entities with equities in the records before a final decision can be made regarding the release or withholding of the pages.

4. In light of Defendants' continued work gathering the potentially responsive material for review, the parties respectfully propose that they file joint status reports on a regular basis to update the Court on Defendants' progress and that the next joint status report be due on or before June 24, 2022.

Dated: April 20, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

/s/ Olivia Hussey Scott
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendants*

/s/ Shelley Geiszler
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

*Counsel for Plaintiff Chad Garland*